# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Kennedy,<br><br>Plaintiff,<br><br>v.<br><br>Carolyn Colvin, ACTING COMMISIONER OF SOCIAL SECURTY,<br><br>Defendant. | Case No. 5:24-cv-01313-JFW-PVC<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND SIX HUNDRED EIGHTY-SEVEN DOLLARS AND 41/100 ($5,687.41) as authorized by 28 U.S.C. § 2412 and costs in the amount of ZERO DOLLARS ($0.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: January 2, 2025

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE